No. 91–713. ACUNA CASTILLO ET AL. *v.* SHELL OIL CO. ET AL. (two cases). C. A. 5th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 91–5661. TOWNSEND *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 91–5836. BOOTH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 91–728. PREFERRED RESEARCH, INC. *v.* WRIGHT. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. JUSTICE WHITE would grant certiorari.